UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DIASTER SITE LITIGATION

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

Case No. 21MC102 (AKH)

Docket No.:

06 CV 1648 (Abarca)
07 CV 1453 (Acevedo)
07 CV 4445 (Adriano)
07 CV 4446 (Agudelo)
07 CV 4447 (Agudo)
06 CV 12701 (Aguilar)
07 CV 1554 (Ali)
07 CV 01556 (Alvarracin)
06 CV 2814 (Alvarez)
07 CV 1455 (Alvarez)
07 CV 1456 (Andrade)
07 CV 4449 (Angulo)
06 CV 14466 (Annunziato)
07 CV 05335 (Arana)
07 CV 05274 (Arias)
06 CV 1340 (Arias)
07 CV 1458 (Aristizabal)
06 CV 4377 (Aristizabal)
06 CV 13784 (Arlotta)
06 CV 13787 (Arruda)
07 CV 1460 (Ascencio)
07 CV 1461 (Asmal)
07 CV 1463 (Astudillo)
07 CV 1561 (Astudillo)
07 CV 1562 (Atiencia)
07 CV 060 (Avila)
07 CV 1563 (Avila)
07 CV 1564 (Avila)
07 CV 4450 (Avila)
07 CV 1465 (Avila)
07 CV 1565 (Baczkowski)
07 CV 05336 (Bailon)
07 CV 1468 (Balarezo)
07 CV 5550 (Barahona)
06 CV 1649 (Barbosa)
07 CV 1569 (Barona)
07 CV 1469 (Barragan)

| | |
|---|---|
| : | 07 CV 4452 (Barroso) |
| : | 07 CV 4451 (Barreto) |
| : | 07 CV 05276 (Bastidas) |
| : | 07 CV 05339 (Belkowski) |
| : | 06 CV 7913 (Benavidez) |
| : | 07 CV 4453 (Betancourt) |
| : | 06 CV 14496 (Bikowksi) |
| : | 07 CV 1472 (Borkowski) |
| : | 07 CV 4455 (Borowiecki) |
| : | 07 CV 4456 (Buestan) |
| : | 07 CV 1571 (Bunay) |
| : | 07 CV 1572 (Bunay) |
| : | 06 CV 1650 (Calero) |
| : | 07 CV 1576 (Calle) |
| : | 07 CV 1577 (Calle) |
| : | 07 CV 4459 (Campozano) |
| : | 07 CV 1478 (Campuzano) |
| : | 06 CV 14533 (Cardenas) |
| : | 07 CV 1480 (Castellanos) |
| : | 07 CV 05341 (Castle) |
| : | 05 CV 10743 (Castillo) |
| : | 07 CV 1582 (Ceron) |
| : | 07 CV 1481 (Chalco) |
| : | 07 CV 1585 (Chavez) |
| : | 07 CV 1588 (Chojnowski) |
| : | 07 CV 05343 (Ciaramella) |
| : | 07 CV 1590 (Cifuentes) |
| : | 07 CV 14554 (Claret) |
| : | 07 CV 4461 (Combos) |
| : | 07 CV 1485 (Colucci) |
| : | 07 CV 1594 (Concepcion) |
| : | 07 CV 5552 (Conforme) |
| : | 07 CV 1486 (Cook) |
| : | 07 CV 05344 (Cortez) |
| : | 07 CV 05345 (Costello) |
| : | 05 CV 1104 (Criollo) |
| : | 07 CV 4462 (Criollo) |
| : | 07 CV 05283 (Dabrowski) |
| : | 07 CV 4463 (Davila) |
| : | 07 CV 4464 (De La Cruz) |
| : | 06 CV 01032 (Demko) |
| : | 07 CV 1601 (Diaz) |
| : | 07 CV 05351 (Diez) |
| : | 06 CV 11533 (Dobronski) |
| : | 07 CV 1602 (Dota) |
| : | 06 CV 14619 (Drozdz) |

:			06 CV 14620 (Drozdz)
:			07 CV 05286 (Drysdale)
:			07 CV 1604 (Duchitanga)
:			07 CV 1605 (Duchitanga)
:			07 CV 1493 (Duran)
:			06 CV 14623 (Dutan)
:			06 CV 5504 (Dutan)
:			07 CV 05354 (Encalada)
:			07 CV 4465 (Encalada)
:			05 CV 10737 (Encalada)
:			07 CV 05289 (Fisco)
:			07 CV 1608 (Flores)
:			07 CV 05169 (Gabrielsen)
:			07 CV 062 (Gallego)
:			05 CV 9820 (Gallegos)
:			07 CV 4467 (Gallegos)
:			06 CV 14670 (Gallo)
:			06 CV 3422 (Galvis)
:			07 CV 1498 (Garces)
:			07 CV 05292 (Garcia)
:			07 CV 05358 (Garcia)
:			05 CV 10739 (Gaspar)
:			07 CV 4468 (Gavidia)
:			07 CV 4469 (Gerardo)
:			07 CV 4470 (Gil)
:			07 CV 4471 (Giraldo)
:			06 CV 12120 (Guiracocha)
:			06 CV 2285 (Gomez)
:			06 CV 3302 (Gora)
:			06 CV 4885 (Grabowska)
:			07 CV 1623 (Gryszkiewicz)
:			07 CV 4472 (Gualpa)
:			05 CV 1636 (Guerrero)
:			06 CV 3301 (Guevara)
:			06 CV 2884 (Guzman)
:			07 CV 4473 (Hernando)
:			07 CV 05395 (Higgins)
:			05 CV 2501 (Hualpa)
:			07 CV 05295 (Hurtado)
:			06 CV 11025 (Idrovo)
:			07 CV 1628 (Idrovo)
:			07 CV 1629 (Inga)
:			07 CV 4474 (Inga)
:			07 CV 4475 (Intriago)
:			07 CV 5362 (Iwanczyk)
:			07 CV 1630 (Jablonski)

No

:    06 CV 14741 (Jakubowski)
:    07 CV 4476 (Jalil)
:    07 CV 05363 (Jara)
:    07 CV 4477 (Jara)
:    06 CV 14746 (Jaramillo)
:    07 CV 1632 (Jimbo)
:    07 CV 4478 (Jimenez)
:    07 CV 1509 (Juarez)
:    05 CV 0744 (Kajewska-Pielarz)
:    07 CV 1634 (Kappinski)
:    07 CV 1636 (Kasina)
:    07 CV 1635 (Karus)
:    07 CV 1639 (Kiryk)
:    07 CV 4479 (Kolodziejczyk)
:    06 CV 2252 (Kowalczyk)
:    06 CV 14781 ((Kukacki))
:    06 CV 4376 (Kurak)
:    07 CV 05300 (Kwasniak)
:    05 CV 9333 (Lascano)
:    07 CV 4480 (Lasica)
:    07 CV 1645 (Lampart)
:    07 CV 05365 (Lara)
:    06 CV 7911 (Lech)
:    07 CV 4481 (Leon)
:    07 CV 1647 (Leon)
:    07 CV 5559 (Leonard)
:    06 CV 12772 (Leroux)
:    07 CV 1648 (Lituma)
:    07 CV 1649 (Lituma)
:    07 CV 1650 (Llerena)
:    07 CV 1652 (Loja)
:    07 CV 4482 (Loja)
:    07 CV 4484 (Lora)
:    07 CV 4485 (Macas)
:    06 CV 1786 (Maldonado)
:    07 CV 4487 (Marcos)
:    07 CV 1657 (Matas)
:    07 CV 4490 (Medina)
:    07 CV 4492 (Medrano)
:    07 CV 4493 (Medrano)
:    07 CV 05397 (Melendaz)
:    07 CV 05302 (Mendoza)
:    07 CV 4494 (Mendoza)
:    07 CV 05303 (Mesa)
:    07 CV 4495 (Misaico)
:    05 CV 1691 (Montero)

|   |   |
|---|---|
| : | 07 CV 5562 (Moore) |
| : | 06 CV 13168 (Mora) |
| : | 07 CV 1667 (Morales) |
| : | 06 CV 12341 (Moran) |
| : | 06 CV 14901 (Moreno) |
| : | 07 CV 066 (Naranjo) |
| : | 05 CV 10738 (Naranjo) |
| : | 07 CV 04496 (Naranjo) |
| : | 06 CV 2221 (Narvaez) |
| : | 07 CV 05305 (Negron) |
| : | 07 CV 356 (Nunez) |
| : | 07 CV 061 (Olivo) |
| : | 07 CV 4497 (Oquendo) |
| : | 07 CV 05398 (Orellana) |
| : | 07 CV 01676 (Ortiz) |
| : | 07 CV 4498 (Orozco) |
| : | 07 CV 4500 (Oyervide) |
| : | 05 CV 9041 (Pachay) |
| : | 07 CV 4501 (Pacho) |
| : | 07 CV 4502 (Pajak) |
| : | 07 CV 4503 (Palma) |
| : | 07 CV 4505 (Pankiewicz) |
| : | 07 CV 05308 (Pastuizaca) |
| : | 07 CV 4507 (Pelaez) |
| : | 05 CV 1385 (Pena) |
| : | 07 CV 1682 (Pena) |
| : | 05 CV 10741 (Pena) |
| : | 07 CV 1683 (Peralta) |
| : | 06 CV 8278 (Perkowski) |
| : | 07 CV 1684 (Pieczynska) |
| : | 06 CV 2527 (Borkowski) |
| : | 07 CV 4508 (Pillco) |
| : | 06 CV 12413 (Pina) |
| : | 07 CV 05376 (Pineda) |
| : | 07 CV 05377 (Pinela) |
| : | 05 CV 1418 (Polo) |
| : | 06 CV 3850 (Porowski) |
| : | 06 CV 9674 (Porras) |
| : | 07 CV 1688 (Puma) |
| : | 06 CV 1341 (Quintanilla) |
| : | 07 CV 4509 (Quizhpi) |
| : | 07 CV 05380 (Raimondi) |
| : | 07 CV 1516 (Reinoso) |
| : | 07 CV 4510 (Rendon) |
| : | 07 CV 3446 (Reynolds) |
| : | 06 CV 6234 (Rivera) |

|   |                          |
|---|--------------------------|
| : | 06 CV 11257 (Robles)     |
| : | 07 CV 05312 (Robles)     |
| : | 07 CV 05313 (Rodriguez)  |
| : | 07 CV 05315 (Rodriguez)  |
| : | 06 CV 0845 (Rodriguez)   |
| : | 07 CV 4511 (Rojas)       |
| : | 07 CV 1696 (Rojas)       |
| : | 06 CV 5786 (Rojas)       |
| : | 07 CV 05316 (Romaniuk)   |
| : | 07 CV 4512 (Salazar)     |
| : | 05 CV 1675 (Salgado)     |
| : | 07 CV 05399 (Samuel)     |
| : | 07 CV 5318 (Sanchez)     |
| : | 07 CV 05384 (Sanchez)    |
| : | 07 CV 4513 (Sanchez)     |
| : | 06 CV 11892 (Sanchez)    |
| : | 06 CV 10237 (Sanchez)    |
| : | 07 CV 05386 (Sanchez)    |
| : | 07 CV 4514 (Sanmartin)   |
| : | 07 CV 1528 (Santamaria)  |
| : | 07 CV 1700 (Santana)     |
| : | 07 CV 4515 (Sarmiento)   |
| : | 07 CV 1531 (Sarmiento)   |
| : | 07 CV 1703 (Serrano)     |
| : | 07 CV 4516 (Serrano)     |
| : | 07 CV 1704 (Siemek)      |
| : | 07 CV 1705 (Siguachi)    |
| : | 05 CV 1260 (Silva)       |
| : | 07 CV 4517 (Skreczkowksi)|
| : | 06 CV 6814 (Slesicki)    |
| : | 07 CV 05388 (Sparano)    |
| : | 05 CV 1198 (Solis)       |
| : | 07 CV 1706 (Sosa)        |
| : | 07 CV 1707 (Suarez)      |
| : | 07 CV 1708 (Suco)        |
| : | 07 CV 1709 (Sumba)       |
| : | 07 CV 1783 (Sumba)       |
| : | 07 CV 1711 (Sweeney)     |
| : | 06 CV 15084 (Szczepanski)|
| : | 06 CV 11532 (Szpanelewska)|
| : | 07 CV 1712 (Szuberla)    |
| : | 06 CV 12826 (Tabares)    |
| : | 07 CV 1537 (Tache)       |
| : | 07 CV 1538 (Tamayo)      |
| : | 07 CV 1714 (Tenezaca)    |
| : | 07 CV 05321 (Tenezaca)   |

|   |                            |
|---|----------------------------|
| : | 07 CV 1715 (Thorpe)        |
| : | 07 CV 4518 (Toledo)        |
| : | 07 CV 1539 (Toledo)        |
| : | 07 CV 05322 (Tomczyk)      |
| : | 06 CV 6233 (Toral)         |
| : | 06 CV 3846 (Trujillo)      |
| : | 07 CV 05400 (Urgiles)      |
| : | 06 CV 11534 (Valdiulezo)   |
| : | 07 CV 4520 (Vasquez)       |
| : | 07 CV 1721 (Vazquez)       |
| : | 07 CV 2708 (Vazquez)       |
| : | 07 CV 1722 (Vazquez)       |
| : | 07 CV 4521 (Vega)          |
| : | 07 CV 1723 (Velasco)       |
| : | 07 CV 05325 (Velez)        |
| : | 07 CV 4522 (Vera)          |
| : | 06 CV 15116 (Vergara)      |
| : | 06 CV 1652 (Villafuerte)   |
| : | 06 CV 13703 (Villarruel)   |
| : | 07 CV 4523 (Vivar)         |
| : | 07 CV 05285 (Wallace)      |
| : | 07 CV 05327 (Walek)        |
| : | 07 CV 1547 (Walek)         |
| : | 07 CV 4524 (Waniurski)     |
| : | 07 CV 1727 (Wierzbicki)    |
| : | 07 CV 1728 (Wolkowicz)     |
| : | 07 CV 4525 (Yaguana)       |
| : | 06 CV 13166 (Yumbia)       |
| : | 07 CV 05330 (Zalewski)     |
| : | 07 CV 1730 (Zelaya)        |
| : | 07 CV 1731 (Zenteno)       |
| : | 07 CV 1732 (Zumba)         |
| : | 07 CV 8278 (Bastidas)      |
| : | 07 CV 8280 (Galarce)       |
| : | 07 CV 8281 (Garcia)        |
| : | 07 CV 8282 (Kosiv)         |
| : | 07 CV 8284 (Perez)         |
| : | 07 CV 8285 (Rozpedowski)   |
| : | 07 CV 8286 (Sanchez)       |
| : | 07 CV 8287 (Solis)         |
| : | 07 CV 8290 (Torres)        |
| : | 07 CV 8291 (Viscaino)      |

--------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, for the parties to the three hundred eight (308) individual actions listed above, that whereas no party herein is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above listed actions be and the same hereby are discontinued against **Brookfield Properties Holdings Inc.**, only, without prejudice, without costs to any party as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that should facts or circumstances derived from future discovery, or otherwise, come to light that indicate a relationship to the litigation and a basis of a claim against the defendant from whom this Stipulation is being entered, and/or should it come to light that the information provided by said defendant in support of its request of discontinuance at this time, be discerned in the future to have been inaccurate, false or misleading, plaintiff may re-assert its claim against said defendant by motion, stipulation or otherwise, and without the necessity of additional service of process, and in no event will said defendant raise any status of limitations defense other than as may have been asserted based upon the date of filing of the original action, at the time that the action was originally commenced against said defendant.

This stipulation may be filed without further notice with the Clerk of the Court and defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other signatory, if necessary.

Dated: January 3, 2008

**FAUST GOETZ SCHENKER & BLEE, LLP**

By: _____
William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, N.Y. 10006
(212) 363-6900

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**

_____
Christopher LoPaolo (CL-6466)
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York, 10006
(212) 267-3700

SO-ORDERED:
1/3/08
Hon. Alvin K. Hellerstein, USDCJ