**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint[1] was made by me[2] | DATE | 6/21/07 |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☑ Other *(specify):* Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the
Authorized Agent of Defendant(s) at

Judith R Cohen
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY  10036-

For the following Defendant(s):

**MERRILL LYNCH & CO. INC.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                            Date

_____
         Signature of Server

_____
         Address of Server





BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__

---
[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

* 1 3 *    * 7 5 4 9 *    * 5 4 *    * 5 0 *







# Service Rider

MERRILL LYNCH & CO. INC.

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 9419 | Edgar Abarca (and Wife, Margoth Abarca) | 06cv1648 | 5/24/2007 |
| 9352 | Carmelo Acevedo | 07cv1453 | 5/24/2007 |
| 14640 | Gladys Agudelo | 07cv4446 | 6/5/2007 |
| 9418 | Claudio Agudo | 07cv4447 | 6/5/2007 |
| 6992 | Rolando Alvarez (and Wife, Joseta Lidia Alvarez) | 07cv1455 | 5/24/2007 |
| 9392 | Rossina Angulo | 07cv4449 | 6/5/2007 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 9949 | Arturo Arias (and Wife, Marilyn Quintana) | Not Available | 5/24/2007 |
| 3802 | Dagoberto Aristizabal (and Wife, Alexandra Aristizabal) | 07cv1458 | 5/24/2007 |
| 3798 | Enid Aristizabal | 06cv4377 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe Arlotta) | 06cv13784 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9569 | Nolberto Avila (and Wife, Brigida Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto Avila (and Wife, Nelly Avila) | 07cv1465 | 5/24/2007 |
| 14290 | Peter B Bailon | Not Available | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Barahona) | Not Available | 6/8/2007 |
| 9788 | Miguel Barona (and Wife, Maria Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9980 | Raul Barreto (and Wife, Derlim Barreto) | 07cv4451 | 6/5/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 3756 | Julio Bastidas | Not Available | 5/24/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | Not Available | 5/31/2007 |
| 3840 | Vincente Benavidez (and Wife, Florinda Jostina) | 06CV7913 | 5/24/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 12790 | Roman Bikowski (and Wife, Nella Bikowska) | 06cv14496 | 5/24/2007 |
| 9390 | Andrzej Borkowski | 07cv1472 | 5/24/2007 |
| 9701 | Hector Buestan | 07cv4456 | 6/5/2007 |
| 10228 | Carlos Bunay | 07CV1571 | 5/31/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 3996 | Jose Calie (and Wife, Damaris Calie) | 07CV1577 | 5/24/2007 |
| 9318 | Maria Rocio Calle | 07cv4458 | 6/5/2007 |
| 14248 | Rodrigo Campozano (and Wife, Esther Campozano) | 07cv4459 | 6/5/2007 |
| 3830 | Ana Patricia Cantos | 05CV1272 | 5/24/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 4396 | Luz Cardona | 05CV417 | 5/24/2007 |

**Tuesday, June 19, 2007**

MERRILL LYNCH & CO. INC.

Group:   Out  In:



# Service Rider

MERRILL LYNCH & CO. INC.

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 9981 | Victor Carrasco (and Wife, H. LEON) | 06cv0459 | 5/24/2007 |
| 10812 | Javier Carvajal | 06CV8348 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 7508 | Silvia Castillo (and Husband, Segundo Siguencia) | 05cv1718 | 5/24/2007 |
| 3783 | Teresita Cayetano | Not Available | 5/24/2007 |
| 9504 | Aida Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 9377 | Andrzej Chojnowski (and Wife, Bozema Chojnowska) | 07CV1588 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Nohemi Collazos) | 07cv4461 | 6/5/2007 |
| 10271 | John Colucci (and Wife, Theresa Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 10294 | William Cook | 07cv1486 | 5/24/2007 |
| 14805 | Thomas Costello (and Wife, Terri Costello) | Not Available | 5/31/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 7600 | Maria De La Cruz | 07cv4464 | 6/5/2007 |
| 14621 | Maria Delacruz | Not Available | 5/31/2007 |
| 9370 | Wieslaw Demko (and Wife, Elzbieta Demko) | 05cv01032 | 5/31/2007 |
| 15274 | Pancri Diez (and Wife, Rosa Diez) | Not Available | 5/31/2007 |
| 14859 | Jesse Drake (and Wife, Susan Drake) | Not Available | 5/31/2007 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | Not Available | 5/24/2007 |
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |
| 13946 | Lucila Dutan | 06cv14623 | 5/24/2007 |
| 8458 | Cirilo Encalada (and Wife, Melva Encalada) | 07cv4465 | 6/5/2007 |
| 15014 | Luis K. Encalada | Not Available | 5/31/2007 |
| 8418 | Gregory Fisco (and Wife, Nicole Fisco) | Not Available | 5/24/2007 |
| 14806 | Harald Gabrielsen (and Wife, Debi Gabrielsen) | Not Available | 5/31/2007 |
| 9557 | Carmen Gallego (and Husband, Salazar Gallego) | 07CV062 | 5/24/2007 |
| 6812 | Walter Gallegos | 07cv4467 | 6/5/2007 |
| 10005 | Wilson Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 13453 | Juan Gallo | 06cv14670 | 5/24/2007 |
| 10184 | Edgar O Galvis | 06cv3422 | 5/24/2007 |

**Tuesday, June 19, 2007**

MERRILL LYNCH & CO. INC.

**Page 2 of 6**

Group:     Out    In: 



# Service Rider

MERRILL LYNCH & CO, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10183 | Sixta T Garcia | Not Available | 5/24/2007 |
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | Not Available | 5/31/2007 |
| 9350 | Bianca Gavidia (and Husband, Alexo Gavidia) | 07cv4468 | 6/5/2007 |
| 9119 | Jaime Gerardo | 07cv4469 | 6/5/2007 |
| 8047 | Jaime Giraldo (and Wife, Gloria Vellada) | 07cv4471 | 6/5/2007 |
| 9456 | Samuel Giuracocha | Not Available | 5/24/2007 |
| 9674 | Edward Gora (and Wife, Ena Rynczak Gora) | 06cv3302 | 5/24/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 14594 | Slawomir Gryszkiewicz (and Wife, Wanda Gryszkiewicz) | 07CV1623 | 5/31/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 10890 | Antonio Guerrero | Not Available | 5/24/2007 |
| 7592 | Francisco Guerrero (and Wife, Arelis Guerrero) | 05CV1636 | 5/24/2007 |
| 14972 | Armando Guzman | Not Available | 6/8/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 4112 | Angel Hualpa (and Wife, Rosa Hualpa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio Hurtado (and Wife, Elda Monica Montes) | Not Available | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |
| 10688 | Wladyslaw Iwanczyk (and Wife, Jadwiga Iwanczyk) | Not Available | 5/31/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Chaninil Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | Not Available | 5/31/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 12639 | Jonas Jaramillo (and Wife, Blanca Jaramillo) | 06cv14746 | 5/24/2007 |
| 3819 | Rodrigo Jimbo (and Wife, Dolores Calle) | 07CV1632 | 5/24/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 9718 | Slawek Kappinski | 07CV1634 | 5/24/2007 |
| 9673 | Marian Karus (and Wife, Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 13791 | Wiesiaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9375 | Michal Kopcza | Not Available | 6/6/2007 |
| 9373 | Edward Kosowski (and Wife, Elzbieta Stefanska) | Not Available | 5/24/2007 |
| 9669 | Adam Kowalczyk (and Wife, Sabina Kowalczyk) | 06cv2252 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | Not Available | 5/24/2007 |

MERRILL LYNCH & CO, INC.

Group:    Out    In: 

Rider

# Service Rider

MERRILL LYNCH & CO. INC.

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 14975 | Emerita E Lara | Not Available | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9687 | Ines Leon (and Wife, Luis L Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 10097 | Jose Loja | 06CV12219 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 3806 | Araceli Medina | 07cv4490 | 6/5/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | Not Available | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | Not Available | 5/24/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 7308 | Leidis Montero | 05CV1691 | 5/24/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 8957 | Julia Narvaez | Not Available | 5/24/2007 |
| 10602 | Herbert Negron | Not Available | 5/24/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | Not Available | 6/6/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | Not Available | 5/31/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 10319 | Czeslaw Pankiewicz (and Wife, Maria Pankiewicz) | 07cv4505 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 7348 | Jorge Pena | 07CV1682 | 5/24/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |

**Tuesday, June 19, 2007**

MERRILL LYNCH & CO. INC.

Group:  Out In



# Service Rider

MERRILL LYNCH & CO. INC.

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 7731 | Luis Pillco (and Wife, Ana Lucero pillco) | 07cv4508 | 6/5/2007 |
| 15776 | Hernan Pineda (and Wife, Sarito Pineda) | Not Available | 5/31/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 4283 | Guelmer Rendon | 07cv4510 | 6/5/2007 |
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria Robles | 06cv11257 | 5/31/2007 |
| 9745 | Teresa Robles | Not Available | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | Not Available | 5/24/2007 |
| 9575 | Angel Rojas | 07CV1696 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife, Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 7196 | Mario Rojas | 06cv5786 | 5/24/2007 |
| 9417 | Mieczyslaw Romaniuk | Not Available | 5/24/2007 |
| 10049 | Arley Ruiz | Not Available | 5/24/2007 |
| 15043 | Milton I Saeteros | Not Available | 5/31/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 7603 | Hipolito Salgado (and Wife, Teresa Salgado) | 05CV1675 | 5/24/2007 |
| 15080 | Antwi Samuel | Not Available | 6/6/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 9974 | Wilson Sanchez | Not Available | 5/31/2007 |
| 10952 | Leonel Sanmartin (and Wife, Ana Rosa) | 07cv4514 | 6/5/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9479 | Miquel Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi Sarmiento | 06cv6521 | 5/24/2007 |
| 9477 | Pedro Sarmiento (and Wife, Melanea Sarmiento) | 07cv1531 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 4113 | Lucio Solis (and Wife, Linda Solis) | 05CV1198 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | Not Available | 5/31/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |

**Tuesday, June 19, 2007**

**Page 5 of 6**

MERRILL LYNCH & CO. INC.

Group:  Out  In:

 **Rider**

# Service Rider

MERRILL LYNCH & CO, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 3780 | Jose  Sumba (and Wife, Maria  Sumba) | 07cv1709 | 5/24/2007 |
| 10331 | Edward  Szuberla | 07cv1712 | 5/24/2007 |
| 9498 | Lanetn (Janeth)  Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha  Tache | 07cv1537 | 5/24/2007 |
| 8510 | Julia  Tenezaca | 07cv1714 | 5/24/2007 |
| 4673 | Jorge  Toiedo | 07cv4518 | 6/5/2007 |
| 4336 | Carios  Toral (and Wife, Zoila  Toral) | 06cv6233 | 5/24/2007 |
| 15946 | Miguel  Urgiles (and Wife, Martha  Urgiles) | Not Available | 6/6/2007 |
| 8797 | Carlos A Valencia (and Wife, Gloria N Bonilla) | Not Available | 5/24/2007 |
| 9571 | Jose  Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 9464 | Klever  Vasquez | 07cv4520 | 6/5/2007 |
| 7601 | Severo  Vega (and Wife, Lila  Gonzalez) | 07cv4521 | 6/5/2007 |
| 3839 | Rafael  Velasco (and Wife, Zoila  Velasco) | 07cv1723 | 5/24/2007 |
| 3751 | Lucrecia  Velez | Not Available | 5/24/2007 |
| 6832 | Alejandro  Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana  Vergara (and Husband, Verter  Vergara) | 06cv15116 | 5/31/2007 |
| 9201 | Patricia  Villa | Not Available | 5/24/2007 |
| 14183 | Virginia  Villa (and Husband, Rafael  Villa) | 06cv15118 | 5/24/2007 |
| 3828 | Julio  Villafuerte | 06cv1652 | 5/24/2007 |
| 9383 | Kazimierz  Walek (and Wife, Stefania  Walek) | Not Available | 5/24/2007 |
| 9374 | Krzysztof  Walek | 07cv1547 | 5/24/2007 |
| 10343 | Robert  Waniurski (and Wife, Ewa  Waniurski) | 07cv4524 | 6/5/2007 |
| 9401 | Wlodzimierz  Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan  Wolkowicz (and Wife, Grace  Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9490 | Aquiles  Yaguana | 07cv4525 | 6/5/2007 |
| 9448 | Luis  Yumbla | 06CV13166 | 5/24/2007 |
| 9376 | Krzysztof  Zalewski (and Wife, Danuta  Zalewska) | Not Available | 5/24/2007 |
| 3767 | Jorge  Zelaya (and Wife, Maria  Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence  Zentenc (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |

209

Group:  Out  In:



# Service Rider

MERRILL LYNCH & CO. INC

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 6879 | David Cornier | Not Available | 5/25/2007 |
| 3564 | Steven Daquila (and Wife, Grace Daquila) | 06cv8756 | 5/25/2007 |
| 6678 | Patrick Dolan | 06CV7398 | 5/25/2007 |
| 14466 | Joseph Douso (and Wife, Jill E Douso) | Not Available | 5/25/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea Greaney) | Not Available | 5/25/2007 |
| 8921 | Jeffrey Hayduk | 06cv5839 | 5/25/2007 |
| 3959 | Michael Labate (and Wife, Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 8478 | Donna Marshall | Not Available | 5/25/2007 |
| 7165 | Kevin Martz (and Wife, Stephanie Martz) | 05cv1650 | 5/25/2007 |
| 7772 | Hamilton Montero | 06cv12791 | 5/25/2007 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph Nolan (and Wife, Lana Nolan) | 05CV1213 | 5/25/2007 |
| 10881 | Daisy Ortiz (and Wife, Edwin Ortiz) | Not Available | 5/25/2007 |
| 7271 | Michael Pallotto (and Wife, Lisa Polloto) | Not Available | 5/25/2007 |
| 8752 | Donald Sadowy (and Wife, Kathleen Sadowy) | 06cv7254 | 5/25/2007 |
| 14395 | James Seiferheld (and Wife, Fran Seiferheld) | Not Available | 5/25/2007 |
| 8387 | Zachary Stamatakis (and Wife, Bernice Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 06cv15155 | 5/25/2007 |

19

Group:    Out    In: