UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH) & 21 MC 103

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint[1] was made by me[2] | DATE 06/22/07 |
| NAME OF SERVER (PRINT) Charles Thompson | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

BROOKFIELD PROPERTIES CORPORATION
Three World Financial Center
200 Vesey Street, 11th Floor
New York, NY 10281

Ana Guzman

For the following Defendant(s):

BROOKFIELD PROPERTIES CORPORATION

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/22/07
         Date

Signature of Server

115 Broadway
Address of Server

Wanda Rivera

WANDA Y. RIVERA
Notary Public, State of New York
No. 01RI6074197
Qualified in New York County
Commission Expires May 13, 20__

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


*13*  *7396*  *54*  *50*

Case 1:07-cv-05325-AKH    Document 29    Filed 07/04/2008    Page 2 of 11








# Service Rider

**BROOKFIELD PROPERTIES CORPORATION**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9419 | Edgar Abarca (and Wife, Margoth Abarca) | 06cv1648 | 5/24/2007 |
| 9352 | Carmelo Acevedo | 07cv1453 | 5/24/2007 |
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 15370 | Maria Agudelo (and Wife, Ramon Agudelo) | Not Available | 5/31/2007 |
| 9418 | Claudio Agudo | 07cv4447 | 6/5/2007 |
| 12263 | Luis Aguilar (and Wife, Maria Aguilar) | 06cv12701 | 5/24/2007 |
| 3765 | Enrique Ali | 07cv1554 | 5/24/2007 |
| 8523 | Juan Alvarez (and Wife, Maricel Alvarez) | 06cv2814 | 5/24/2007 |
| 6992 | Rolando Alvarez (and Wife, Joseta Lidia Alvarez) | 07cv1455 | 5/24/2007 |
| 9392 | Rossina Angulo | 07cv4449 | 6/5/2007 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 9949 | Arturo Arias (and Wife, Marilyn Quintana) | Not Available | 5/24/2007 |
| 9773 | Julio Arias (and Wife, Jane Arias) | 06CV1340 | 5/24/2007 |
| 3802 | Dagoberto Aristizabal (and Wife, Alexandra Aristizabal) | 07cv1458 | 5/24/2007 |
| 3798 | Enid Aristizabal | 06cv4377 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe Arlotta) | 06cv13784 | 5/24/2007 |
| 12258 | Ivan Ascencio | 07cv1460 | 5/24/2007 |
| 9933 | Angel Asmal (and Wife, Gloria Asmal) | 07cv1461 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 4309 | Marcelo Atiencia | 07CV1562 | 5/24/2007 |
| 9551 | Angel Avila (and Wife, Ammsy Avila) | 07CV060 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9434 | Luis G. Avila | 07cv4450 | 6/5/2007 |
| 9569 | Nolberto Avila (and Wife, Brigida Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto Avila (and Wife, Nelly Avila) | 07cv1465 | 5/24/2007 |
| 14290 | Peter B Bailon | Not Available | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Barahona) | Not Available | 6/8/2007 |
| 9788 | Miguel Barona (and Wife, Maria Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9980 | Raul Barreto (and Wife, Derlim Barreto) | 07cv4451 | 6/5/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 3756 | Julio Bastidas | Not Available | 5/24/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | Not Available | 5/31/2007 |
| 3840 | Vincente Benavidez (and Wife, Florinda Jostina) | 06CV7913 | 5/24/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 12790 | Roman Bikowski (and Wife, Nella Bikowska) | 06cv14496 | 5/24/2007 |
| 9390 | Andrzej Borkowski | 07cv1472 | 5/24/2007 |

**Monday, June 18, 2007**  Page 1 of 8

BROOKFIELD PROPERTIES CORPORATION

Group:  Out  In:

# Service Rider

Rider

**BROOKFIELD PROPERTIES CORPORATION**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10411 | Wiktor Borowiecki | 07cv4455 | 6/5/2007 |
| 9701 | Hector Buestan | 07cv4456 | 6/5/2007 |
| 10228 | Carlos Bunay | 07CV1571 | 5/31/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 9486 | Ivan Calero (and Wife, Reyna Calero) | 06cv1650 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 3996 | Jose Calle (and Wife, Damaris Calle) | 07CV1577 | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife, Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9576 | Joaquin Campuzano (and Wife, Nancy Campuzano) | 07cv1478 | 5/24/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9504 | Aida Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 9377 | Andrzej Chojnowski (and Wife, Bozema Chojnowska) | 07CV1588 | 5/24/2007 |
| 10335 | Maria del Pilar Cifuentes | 07CV1590 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Nohemi Collazos) | 07cv4461 | 6/5/2007 |
| 10271 | John Colucci (and Wife, Theresa Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 4337 | Beatriz Conception | 07CV1594 | 5/24/2007 |
| 10294 | William Cook | 07cv1486 | 5/24/2007 |
| 14808 | Zoila Cortez | Not Available | 5/31/2007 |
| 14805 | Thomas Costello (and Wife, Terri Costello) | Not Available | 5/31/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 7600 | Maria De La Cruz | 07cv4464 | 6/5/2007 |
| 14621 | Maria Delacruz | Not Available | 5/31/2007 |
| 9370 | Wieslaw Demko (and Wife, Elzbieta Demko) | 05cv01032 | 5/31/2007 |
| 10325 | Ruth Diaz | 07CV1601 | 5/24/2007 |
| 15274 | Pancri Diez (and Wife, Rosa Diez) | Not Available | 5/31/2007 |
| 14859 | Jesse Drake (and Wife, Susan Drake) | Not Available | 5/31/2007 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | Not Available | 5/24/2007 |
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |

**Monday, June 18, 2007**  Page 2 of 8

BROOKFIELD PROPERTIES CORPORATION    Group:   Out:   In:



# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9414 | Rosalino Duchitanga (and Wife, Rosa Duchitanga) | 07CV1605 | 5/24/2007 |
| 9999 | Elvia Dutan (and Husband, Wilfredo Dutan) | 06CV5504 | 5/24/2007 |
| 13946 | Lucila Dutan | 06cv14623 | 5/24/2007 |
| 8458 | Cirilo Encalada (and Wife, Melva Encalada) | 07cv4465 | 6/5/2007 |
| 9553 | Jorge Encalada | 05CV10737 | 5/24/2007 |
| 8418 | Gregory Fisco (and Wife, Nicole Fisco) | Not Available | 5/24/2007 |
| 10337 | Danilsa Flores | 07CV1608 | 5/24/2007 |
| 14806 | Harald Gabrielsen (and Wife, Debi Gabrielsen) | Not Available | 5/31/2007 |
| 9557 | Carmen Gallego (and Husband, Salazar Gallego) | 07CV062 | 5/24/2007 |
| 6812 | Walter Gallegos | 07cv4467 | 6/5/2007 |
| 10005 | Wilson Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 13453 | Juan Gallo | 06cv14670 | 5/24/2007 |
| 10184 | Edgar O Galvis | 06cv3422 | 5/24/2007 |
| 10420 | Jesus Garces (and Wife, Elvira Garces) | 07CV1615 | 5/24/2007 |
| 10183 | Sixta T Garcia | Not Available | 5/24/2007 |
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | Not Available | 5/31/2007 |
| 9763 | Peter Gaspar | 05cv10739 | 5/24/2007 |
| 9350 | Blanca Gavidia (and Husband, Alexo Gavidia) | 07cv4468 | 6/5/2007 |
| 9119 | Jaime Gerardo | 07cv4469 | 6/5/2007 |
| 9458 | Margarita Gil | 07cv4470 | 6/5/2007 |
| 8047 | Jaime Giraldo (and Wife, Gloria Vellada) | 07cv4471 | 6/5/2007 |
| 9456 | Samuel Giuracocha | Not Available | 5/24/2007 |
| 3795 | Gildardo Gomez | 06cv2285 | 5/24/2007 |
| 9674 | Edward Gora (and Wife, Ena Rynczak Gora) | 06cv3302 | 5/24/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 14594 | Slawomir Gryszkiewicz (and Wife, Wanda Gryszkiewicz) | 07CV1623 | 5/31/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 7592 | Francisco Guerrero (and Wife, Arelis Guerrero) | 05CV1636 | 5/24/2007 |
| 10852 | Rodolfo Guevara | 06cv3301 | 5/24/2007 |
| 14972 | Armando Guzman | Not Available | 6/8/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 9300 | Avenia Hernando (and Wife, Nidia Hernando) | 07cv4473 | 6/5/2007 |
| 4112 | Angel Hualpa (and Wife, Rosa Hualpa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio Hurtado (and Wife, Elda Monica Montes) | Not Available | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |

 



# Service Rider

**BROOKFIELD PROPERTIES CORPORATION**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |
| 6807 | Ecuador Intriago | 07cv4475 | 6/5/2007 |
| 9384 | Jozef Jablonski (and Wife, Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | Not Available | 5/31/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 3819 | Rodrigo Jimbo (and Wife, Dolores Calle) | 07CV1632 | 5/24/2007 |
| 9398 | Alberto Jimenez | 07cv4478 | 6/5/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 2766 | Bozena Kajewska-Pielarz (and Wife, Josef Kajewska-Pielarz) | 05CV0744 | 5/24/2007 |
| 9718 | Slawek Kappinski | 07CV1634 | 5/24/2007 |
| 9673 | Marian Karus (and Wife, Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9669 | Adam Kowalczyk (and Wife, Sabina Kowalczyk) | 06cv2252 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | Not Available | 5/24/2007 |
| 9371 | Antoni Lampart | 07CV1645 | 5/24/2007 |
| 14975 | Emerita E Lara | Not Available | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9405 | Leszek Lech (and Wife, Genowefa Lech) | 06CV7911 | 5/31/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 14864 | Thomas Leonard (and Wife, Laurie Leonard) | Not Available | 6/8/2007 |
| 9452 | Ivonne Leroux | 06cv12772 | 5/24/2007 |
| 9438 | Diego Lituma | 07CV1648 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 10518 | Mariana Maldonado | 06cv1786 | 5/24/2007 |
| 10099 | John Marcos | 07cv4487 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 3806 | Araceli Medina | 07cv4490 | 6/5/2007 |

**Monday, June 18, 2007**  Page 4 of 8

BROOKFIELD PROPERTIES CORPORATION      Group:   Out:   In:





# Service Rider

**BROOKFIELD PROPERTIES CORPORATION**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |
| 9395 | Salvador Medrano (and Wife, Trinidad Medrano) | 07cv4492 | 6/5/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | Not Available | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | Not Available | 5/24/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 7308 | Leidis Montero | 05CV1691 | 5/24/2007 |
| 16024 | Edward Moore (and Wife, Ruth Moore) | Not Available | 6/8/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 9478 | Wilson Moran (and Wife, Gloria Moran) | 06CV12341 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 10602 | Herbert Negron | Not Available | 5/24/2007 |
| 4597 | Divina Nunez | 07CV356 | 5/24/2007 |
| 3836 | Pilar Olivo | 07CV061 | 5/24/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | Not Available | 6/6/2007 |
| 9488 | Haidee Orozco | 07cv4498 | 6/5/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | Not Available | 5/31/2007 |
| 9738 | Blanca Oyervide (and Wife, Marcos A Hinchala) | 07cv4500 | 6/5/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9578 | Miguel Pacho | 07cv4501 | 6/5/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 10267 | Patricia Palma | 06 cv 3932 | 5/24/2007 |
| 10319 | Czeslaw Pankiewicz (and Wife, Maria Pankiewicz) | 07cv4505 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 7348 | Jorge Pena | 07CV1682 | 5/24/2007 |
| 9302 | Jose Peralta | 07CV1683 | 5/24/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 7731 | Luis Pillco (and Wife, Ana Lucero pillco) | 07cv4508 | 6/5/2007 |
| 10324 | Napoleon Pina | 06CV12413 | 5/24/2007 |

**Monday, June 18, 2007**                                                                 Page 5 of 8

BROOKFIELD PROPERTIES CORPORATION                    Group:  Out:  In:



# Service Rider

**BROOKFIELD PROPERTIES CORPORATION**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 15776 | Hernan Pineda (and Wife, Sarito Pineda) | Not Available | 5/31/2007 |
| 14807 | Carlos Pinela (and Wife, Ciotilde Pinela) | Not Available | 5/31/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 11212 | Piotr Porowski (and Wife, Malgorzata Porowski) | 06cv3850 | 5/24/2007 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 5/24/2007 |
| 3753 | Maria Puma | 07CV1688 | 5/24/2007 |
| 9782 | Natalia Quintanilla (and Husband, Gerardo Quintanilla) | 06CV1341 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 14339 | Joseph Raimondi | Not Available | 5/31/2007 |
| 4283 | Guelmer Rendon | 07cv4510 | 6/5/2007 |
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria Robles | 06cv11257 | 5/31/2007 |
| 9745 | Teresa Robles | Not Available | 5/24/2007 |
| 3776 | Rosa Rodriguez | 06cv0845 | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | Not Available | 5/24/2007 |
| 9575 | Angel Rojas | 07CV1696 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife, Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 7196 | Mario Rojas | 06cv5786 | 5/24/2007 |
| 9417 | Mieczyslaw Romaniuk | Not Available | 5/24/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 7603 | Hipolito Salgado (and Wife, Teresa Salgado) | 05CV1675 | 5/24/2007 |
| 15080 | Antwi Samuel | Not Available | 6/6/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 6917 | Juan C Sanchez | Not Available | 5/24/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 9974 | Wilson Sanchez | Not Available | 5/31/2007 |
| 10952 | Leonel Sanmartin (and Wife, Ana Rosa) | 07cv4514 | 6/5/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9479 | Miquel Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi Sarmiento | 06cv6521 | 5/24/2007 |
| 9477 | Pedro Sarmiento (and Wife, Melanea Sarmiento) | 07cv1531 | 5/24/2007 |
| 6820 | Alfonso Serrano | 07CV1703 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 4668 | Daniel Siguachi (and Wife, Narcisa Z Siguachi) | 07cv1705 | 5/24/2007 |

**Monday, June 18, 2007**                                          Page 6 of 8

BROOKFIELD PROPERTIES CORPORATION                  Group:  Out  In:



# Service Rider

**BROOKFIELD PROPERTIES CORPORATION**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 4113 | Lucio Solis (and Wife, Linda Solis) | 05CV1198 | 5/24/2007 |
| 9726 | Jaime Sosa | 07cv1706 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | Not Available | 5/31/2007 |
| 14508 | Felipe Suarez | 07cv1707 | 5/24/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |
| 3780 | Jose Sumba (and Wife, Maria Sumba) | 07cv1709 | 5/24/2007 |
| 14058 | John Sweeney (and Wife, Ann Sweeney) | 07cv1711 | 5/24/2007 |
| 9678 | Miroslaw Szpanelewski (and Wife, Aleksandra Szpanelewska) | 06CV11532 | 5/24/2007 |
| 10331 | Edward Szuberla | 07cv1712 | 5/24/2007 |
| 9498 | Laneth (Janeth) Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha Tache | 07cv1537 | 5/24/2007 |
| 8510 | Julia Tenezaca | 07cv1714 | 5/24/2007 |
| 9460 | Manuel Tenezaca | Not Available | 5/24/2007 |
| 9297 | Jeanne Thorpe | 07cv1715 | 5/24/2007 |
| 4673 | Jorge Toledo | 07cv4518 | 6/5/2007 |
| 9631 | Darivsz Tomczyk | Not Available | 5/24/2007 |
| 4336 | Carlos Toral (and Wife, Zoila Toral) | 06cv6233 | 5/24/2007 |
| 3754 | Consuelo Trujillo | 06 CV 3846 | 5/24/2007 |
| 15946 | Miguel Urgiles (and Wife, Martha Urgiles) | Not Available | 6/6/2007 |
| 4393 | Aida Valdiulezo - Nieto | 06CV11534 | 5/24/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 9464 | Klever Vasquez | 07cv4520 | 6/5/2007 |
| 7597 | Francisco Vazquez (and Wife, Tanya Rodriguez) | 07cv1721 | 5/24/2007 |
| 7552 | Kattia Vazquez (and Husband, Peter Vazquez) | 07cv1722 | 5/24/2007 |
| 9525 | Peter Vazquez (and Wife, Kattia Vazquez) | 06cv0070 | 5/31/2007 |
| 7601 | Severo Vega (and Wife, Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 3839 | Rafael Velasco (and Wife, Zoila Velasco) | 07cv1723 | 5/24/2007 |
| 3751 | Lucrecia Velez | Not Available | 5/24/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana Vergara (and Husband, Verter Vergara) | 06cv15116 | 5/31/2007 |
| 3828 | Julio Villafuerte | 06cv1652 | 5/24/2007 |
| 7461 | Kleber Villarruel (Paredes) | 06CV13703 | 5/24/2007 |
| 9484 | Luis Vivar | 07cv4523 | 6/5/2007 |

**Monday, June 18, 2007**                                                          Page 7 of 8

BROOKFIELD PROPERTIES CORPORATION                    Group:       Out   In: 



# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9396 | Rosa Vivar (and Husband, Wilson Vivar) | 06cv997 | 5/24/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | Not Available | 5/24/2007 |
| 9374 | Krzysztof Walek | 07cv1547 | 5/24/2007 |
| 10343 | Robert Waniurski (and Wife, Ewa Waniurski) | 07cv4524 | 6/5/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan Wolkowicz (and Wife, Grace Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9490 | Aquiles Yaguana | 07cv4525 | 6/5/2007 |
| 9448 | Luis Yumbla | 06CV13166 | 5/24/2007 |
| 9376 | Krzysztof Zalewski (and Wife, Danuta Zalewska) | Not Available | 5/24/2007 |
| 3767 | Jorge Zelaya (and Wife, Maria Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence Zenteno (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |
| 9451 | Rafael Zumba | 07cv1732 | 5/24/2007 |

264



# Service Rider

**BROOKFIELD PROPERTIES CORPORATION**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife, Carol Addeo) | 06cv9963 | 5/25/2007 |
| 9151 | Collin Calder (and Wife, Winsome Calder) | 06cv6758 | 5/25/2007 |
| 14391 | Camille Chiarantano, as Administratrix of Joseph Chiarantano | Not Available | 5/25/2007 |
| 14461 | Faisal Choudhury (and Wife, Rahat Choudhury) | Not Available | 5/25/2007 |
| 6879 | David Cornier | Not Available | 5/25/2007 |
| 3564 | Steven Daquila (and Wife, Grace Daquila) | 06cv8756 | 5/25/2007 |
| 12172 | Fernando Dias (and Wife, Sandra Dias) | 06CV8223 | 5/25/2007 |
| 6678 | Patrick Dolan | 06CV7398 | 5/25/2007 |
| 14466 | Joseph Douso (and Wife, Jill E Douso) | Not Available | 5/25/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea Greaney) | Not Available | 5/25/2007 |
| 6742 | Peter Gunn (and Wife, Lisa Gunn) | 06CV7434 | 5/25/2007 |
| 14573 | David Guszick | Not Available | 5/25/2007 |
| 8921 | Jeffrey Hayduk | 06cv5839 | 5/25/2007 |
| 14591 | Christopher Hinckson (and Wife, Sharon Hinckson) | Not Available | 5/25/2007 |
| 14491 | Joel Klein (and Wife, Barbara Klein) | 07CV1640 | 5/25/2007 |
| 3959 | Michael Labate (and Wife, Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 14907 | Thomas Maher | Not Available | 5/25/2007 |
| 8478 | Donna Marshall | Not Available | 5/25/2007 |
| 7772 | Hamilton Montero | 06cv12791 | 5/25/2007 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph Nolan (and Wife, Lana Nolan) | 05CV1213 | 5/25/2007 |
| 7271 | Michael Pallotto (and Wife, Lisa Polloto) | Not Available | 5/25/2007 |
| 6739 | David Pope | 05cv1078 | 5/25/2007 |
| 4680 | Roland Renaudin | Not Available | 5/25/2007 |
| 8752 | Donald Sadowy (and Wife, Kathleen Sadowy) | 06cv7254 | 5/25/2007 |
| 14395 | James Seiferheld (and Wife, Fran Seiferheld) | Not Available | 5/25/2007 |
| 11697 | William Spilman (and Wife, Ernestine Spilman) | 06cv14136 | 5/25/2007 |
| 8387 | Zachary Stamatakis (and Wife, Bernice Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 06cv15155 | 5/25/2007 |

30

**Monday, June 18, 2007**

BROOKFIELD PROPERTIES CORPORATION

Group:  Out  In:

Page 1 of 1